EOD
11/29/2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 17-41266 |
| ARTHUR SAMUEL ALEXANDER | § | |
| HOOD | § | Chapter 11 |
| | § | |
| DEBTOR | § | |

**AGREED ORDER RESOLVING THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS' MOTION TO DISMISS WITH PREJUDICE**

The Texas Comptroller of Public Accounts' (the "Comptroller") Motion to Dismiss With Prejudice having come before the Court, and the parties having submitted this Agreed Order Resolving the Motion, it is thereby

1. ORDERED that the Motion to Dismiss is GRANTED; It is further

2. ORDERED that this case is DISMISSED WITH PREJUDICE TO REFILING; it is further

3. ORDERED that Debtor is hereby ENJOINED AND PROHIBITED from refiling in any District or Division, under any chapter of the Bankruptcy Code, for a period of 1 year after the date of entry of this Order; it is further

4. ORDERED, that nothing in this Order shall be deemed or interpreted to in any way constitute any waiver of any and all rights and claims any party has against any party in any other forum; and it is further

5. ORDERED, that the Debtor shall pay all outstanding quarterly fees to the United States Trustee's Office within 10 days of the entry of this Order.

Signed on 11/29/2017

Brenda T. Rhoades SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM AND CONTENT:

Kimberly A. Walsh
Texas Bar No. 24039230
Assistant Attorney General
Bankruptcy and Collections Division
TEXAS ATTORNEY GENERAL
P.O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4863
Facsimile: (512) 936-1401
Email: Kimberly.walsh@oag.texas.gov

ATTORNEYS FOR THE TEXAS COMPTROLLER
OF PUBLIC ACCOUNTS

ORENSTEIN LAW GROUP, P.C.

*/s/ Rosa R. Orenstein*
Rosa R. Orenstein
Texas Bar No. 1753200
Nathan M. Nichols
Texas State Bar No. 24060336
1910 Pacific Ave., Suite 8040
Dallas, Texas 75201
214-757-9101
972-764-8110 fax

ATTORNEYS FOR
DEBTOR-IN-POSSESSION